AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GERARD JOSEPH PUGH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 421-108

SAVANNAH POLICE DEPARTMENT, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 27, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion and Plaintiff's objections are overruled; therefore, Defendants' Motion to Dismiss is granted and Plaintiff's Complaint is hereby dismissed with prejudice.  This case stands closed.



08/27/2021
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*
(By) Deputy Clerk

GAS Rev 10/2020